UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL SWINNEY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEFF LYNCH,<br><br>　　　　　Respondent. | Case No. CV 23-00380-DMG (PD)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report were filed. The Court accepts the Report and adopts it as its own findings and conclusions.

　　IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

DATED: December 30, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　Chief United States District Judge