JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL SWINNEY, | Case No. CV 23-00380-DMG (PD) |
| Petitioner, | |
| v. | JUDGMENT |
| JEFF LYNCH, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

DATED: December 30, 2024

_____
DOLLY M. GEE
Chief United States District Judge